**Unice Sikes TAYLOR, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27316.**

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Presiding Judge.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $150.

No statement of facts or bills of exception appear in the record.

The judgment herein recites that the jail term was probated.

In compliance with the holding in Gilderbloom v. State, Tex.Cr.App., 272 S.W.2d 106, the judgment herein is reformed so as to eliminate the provision for probation and, as reformed, is affirmed.